**ADELE V. GAFFNEY, SOPHIE HELEN DRAPE, FRANK H. PIETZSCH and GEORGE R. PIETCH v. CHRISTINE BUTLER.**

17 So. (2nd) 399       January Term, 1944
March 24, 1944          Division B
Rehearing Denied April 12, 1944

*Roach & Hoyl,* for appellants.

*Miller & Fitzsimmons, W. Gerry Miller* and *J. A. Fitzsimmons,* for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.